FILED

DEC 4 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| DIRECTTV, INC., a California corporation, | |
| Plaintiff, | NO. CIV-S-02-2579 WBS PAN |
| v. | ORDER OF RECUSAL |
| JOHN LAWRENCE; KELLY PAILLON; CLINT ROUSH; BOB WOODMAN; GEORGE WORRALL, | |
| Defendants. | |

----ooOoo----

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that he has a "financial interest" within the meaning of 28 U.S.C. § 455(c) and (d)(4) in plaintiff Directtv, Inc., 28 U.S.C. section 455(c) and (d)(4) mandates the disqualification of the undersigned.

IT IS THEREFORE ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned.

2. That the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate

1 | adjustments in the assignments of civil cases to compensate for
2 | such reassignment; and
3 |             3.   That this case is reassigned to the Honorable
4 | David F. Levi.
5 | DATED:   December 3, 2002

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

United States District Court
for the
Eastern District of California
December 4, 2002

* * CERTIFICATE OF SERVICE * *

2:02-cv-02579

Directv Inc

   v.

Lawrence

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  December 4, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

| | |
|---|---|
| Diana Siobhan Ponce-Gomez<br>Danner and Martyn<br>100 East Thousand Oaks Boulevard<br>Suite 244<br>Thousand Oaks, CA   91360 | SH/WBS<br><br>HV/DFL<br><br>TM/PAN |

**** PARTIES ARE ADVISED OF NEW CASE NUMBER CIV. S-02-02579 DFL PAN ****

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk