| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DANIEL E. MARTYN, JR. (State Bar No. 138122)<br>MICHAEL D. SCHULMAN (State Bar No. 137249)<br>DIANA S. PONCE-GOMEZ (State Bar No. 187136)<br>DANNER & MARTYN, LLP<br>100 E. Thousand Oaks Blvd., Suite 244<br>Thousand Oaks, California 91360<br>Telephone: (805) 777-8700<br>Facsimile: (805) 778-0736<br><br>Attorneys for Plaintiff<br>DIRECTV, INC. |

**FILED**

JAN 2 3 2003

CLERK, U S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LODGED

JAN 2 1 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN LAWRENCE; KELLY PAILLON;<br>CLINT ROUSH; BOB WOODMAN;<br>GEORGE WORRALL,<br><br>　　　　　Defendants. | CASE NO.: CIV. S-02-2579 DFL PAN<br><br>**NOTICE OF DISMISSAL OF DEFENDANT GEORGE WORRALL BY PLAINTIFF AND ORDER THEREON**<br><br>Assigned to Honorable David F. Levi |

**PLEASE TAKE NOTICE:**

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | Defendant GEORGE WORRALL is hereby dismissed by the plaintiff pursuant to Rule 41(a) |
| 2 | of the Federal Rules of Civil Procedure. |
| 3 | Dated: January 16, 2003         DANNER & MARTYN, LLP |

By: _____
Diana S. Ponce-Gomez
Attorneys for DIRECTV, INC.

**ORDER**

It is so ordered.

Dated: 1/22/2003

_____
Honorable David F. Levi
United States District Court Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF VENTURA |
| 3 | I am employed by Danner & Martyn, LLP in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, 91360. |

On January _16_, 2003, I served the foregoing document(s) described as **NOTICE OF DISMISSAL OF DEFENDANT GEORGE WORRALL BY PLAINTIFF AND ORDER THEREON** on the interested parties in this action as stated on the attached service list as follows:

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list

☐ BY PERSONAL SERVICE (CCP §1011):
I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY MAIL (CCP §1013(a)&(b)):
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT CARRIER (CCP §1013(c)&(d)):
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Overnight Carrier. Under that practice such envelope(s) would be deposited at an authorized Overnight Carrier "drop off" box on that same day with delivery fees fully provided for at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business.

☐ BY FACSIMILE:
Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on October 23, 2002, at approximately 02:44 PM I served the above stated document by facsimile from the facsimile machine of Danner & Martyn, LLP whose phone number is (805) 778-0736 as stated on the attached service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error

Executed on January _16_, 2003, at Thousand Oaks, California

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_Susan L. Wilson_

# ATTACHED SERVICE LIST

George Worrall
1639 South Street
Anderson, CA 96007

```
                                                              nac
            United States District Court
                       for the
              Eastern District of California
                   January 23, 2003

              * * CERTIFICATE OF SERVICE * *

                              2:02-cv-02579

Directv Inc

   v.

Lawrence

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on January 23, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

      Diana Siobhan Ponce-Gomez            HV/DFL
      Danner and Martyn
      100 East Thousand Oaks Boulevard
      Suite 244
      Thousand Oaks, CA  91360



                                      Jack L. Wagner, Clerk

                                      BY:  _____
                                           Deputy Clerk
```