ORIGINAL

1  DANIEL E. MARTYN, JR. (State Bar No. 138122)
   JOHN E. MORAN (State Bar No. 94179)
2  DIANA S. PONCE-GOMEZ (State Bar No. 187136)
   DANNER & MARTYN, LLP
3  100 E. Thousand Oaks Blvd., Suite 244
   Thousand Oaks, California 91360
4  Telephone:  (805) 777-8700
   Facsimile:  (805) 778-0736
5
   Attorneys for Plaintiff
6  DIRECTV, INC.

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11  DIRECTV, INC., a California corporation,     CASE NO.: CIV. S-02-2579 DFL PAN

12          Plaintiff,

                                                 **NOTICE OF DISMISSAL OF DEFENDANT
13  v.                                           KELLY PAILLON BY PLAINTIFF AND
                                                 ORDER THEREON**
14  JOHN LAWRENCE; KELLY PAILLON;
    CLINT ROUSH; BOB WOODMAN; GEORGE
15  WORRALL,

16          Defendants.                          Assigned to Honorable David F. Levi

17

18          **PLEASE TAKE NOTICE**:

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-ODMA\PCDOCS\DOCS\1169731\1                                      CIV. S-02-2579 DFL PAN
                        Notice of Dismissal of Defendant Kelly Paillon By Plaintiff And Order Thereon

1    Defendant KELLY PAILLON is hereby dismissed by the plaintiff pursuant to Rule 41(a) of

2  the Federal Rules of Civil Procedure.

3

4  Dated: June 25, 2003                          DANNER & MARTYN, LLP

5

6

7                                               By: _____

8                                                   Susan L. Wilson
                                                    Attorneys for DIRECTV, INC.
9

10

11                                  **ORDER**

12

13    It is so ordered.

14

15  Dated: ___6/30___, 2003

16

17

18                                               By: _____

19                                                   Honorable David F. Levi
                                                     United States District Court Judge
20

21

22

23

24

25

26

27

28

1
**PROOF OF SERVICE**

2
STATE OF CALIFORNIA, COUNTY OF VENTURA

3
I am employed by Danner & Martyn, LLP in the County of Ventura, State of California.  I am over the age of 18 and not a party to the within action:  my business address is 100 E. Thousand Oaks Blvd.,

4
Suite 244, Thousand Oaks, California, 91360.

5
On June *25*, 2003, I served the foregoing document(s) described as **NOTICE OF DISMISSAL OF DEFENDANT KELLY PAILLON BY PLAINTIFF AND ORDER THEREON** on the

6
interested parties in this action as stated on the attached service list as follows:

7
☒   By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list

8

☐   BY PERSONAL SERVICE (CCP §1011):

9
I delivered such envelope(s) by hand to the offices of the addressee(s).

10
☒   BY MAIL (CCP §1013(a)&(b)):
I am "readily familiar" with the firm's practice of collection and processing

11
correspondence for mailing.  Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 100

12
E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid

13
if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

14

☐   BY OVERNIGHT CARRIER  (CCP §1013(c)&(d) ):

15
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Overnight Carrier.   Under that practice such

16
envelope(s) would be deposited at an authorized Overnight Carrier "drop off" box on that same day with delivery fees fully provided for at 100 E. Thousand Oaks Blvd.,

17
Suite 244, Thousand Oaks, California, in the ordinary course of business.

18
☐   BY FACSIMILE:
Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on January _____,     2002,     at

19
approximately 03:20 PM I served the above stated document by facsimile from the facsimile machine of Danner & Martyn, LLP whose phone number is (805) 778-0736 as stated on the

20
attached service list.  The facsimile machine used complies with CRC Rule 2003(3).  Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error

21
Executed on June *25*, 2003, at Thousand Oaks, California

22
☐   **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the

23
above is true and correct.

24
☒   **(FEDERAL)**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of

25
the United States of America that the above is true and correct.

26
Marilyn Warren

27

28

Notice of Dismissal of Defendant Kelly Paillon By Plaintiff And Order Thereon

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHED SERVICE LIST**

Kelly Paillon                                    In Pro Per
301 South Street
Orland, CA 95963

United States District Court
for the
Eastern District of California
July 1, 2003

* * CERTIFICATE OF SERVICE * *

2:02-cv-02579

Directv Inc

    v.

Lawrence

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 1, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

       Diana Siobhan Ponce-Gomez          HV/DFL
       Danner and Martyn
       100 East Thousand Oaks Boulevard
       Suite 244
       Thousand Oaks, CA  91360

       John William Lawrence
       John W Lawrence Attorney at Law
       PO Box 912
       122 Third Street
       Yreka, CA  96097

                                 Jack L. Wagner, Clerk

                         BY: _____
                           Deputy Clerk