JOHN E. MORAN (State Bar No. 94179)
SUSAN L. WILSON (State Bar No. 195022)
**DANNER & MARTYN, LLP**
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360
Telephone: (805) 777-8700
Facsimile: (805) 778-0736

Attorneys for Plaintiff
DIRECTV, INC.

FILED
MAR 31 2004
CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

LODGED
MAR 30 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO.: CIV.S-02-2579 DFL PAN |
| Plaintiff, | **REQUEST FOR DISMISSAL OF DEFENDANT CLINT ROUSH BY PLAINTIFF AND ORDER THEREON** |
| v. | |
| JOHN LAWRENCE; KELLY PAILLON; CLINT ROUSH; BOB WOODMAN; GEORGE WORRALL, | Assigned to Hon. David F. Levi |
| Defendants. | |

Plaintiff hereby requests that Defendant CLINT ROUSH be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: March 24, 2004

DANNER & MARTYN, LLP

By: _____
Susan L. Wilson
Attorneys for Plaintiff, DIRECTV, INC.

**ORDER**

IT IS SO ORDERED.

Dated: March 30, 2004

By: _____
Honorable David F. Levi
United States District Court Judge

ORIGINAL

::ODMA\PCDOCS\DOCS\126393\1
7204

1

CIV. S-02-2579 DFL PAN
REQUEST FOR DISMISSAL OF DEFENDANT CLINT ROUSH AND ORDER THEREON

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF VENTURA |

I am employed by Danner & Martyn, LLP in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, 91360.

On March 25, 2004, I served the foregoing document(s) described as **REQUEST FOR DISMISSAL OF DEFENDANT CLIENT ROUSH AND ORDER THEREON** on the interested parties in this action as stated on the attached service list as follows:

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list as follows:

  ☐ BY PERSONAL SERVICE (CCP §1011):
  I delivered such envelope(s) by hand to the offices of the addressee(s).

  ☒ BY MAIL (CCP §1013(a)&(b)):
  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ☐ BY OVERNIGHT CARRIER (CCP §1013(c)&(d)):
  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Overnight Carrier. Under that practice such envelope(s) would be deposited at an authorized Overnight Carrier "drop off" box on that same day with delivery fees fully provided for at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business.

☐ BY FACSIMILE:
Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on _____, 2004, at approximately _____ (a.m.☐/p.m.☐), I served the above stated document by facsimile from the facsimile machine of Danner & Martyn, LLP, whose phone number is (805) 778-0736, as stated on the attached service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error.

Executed on March 25, 2004, at Thousand Oaks, California

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Paula Maxwell

| | | |
|---|---|---|
| 1 | | |
| 2 | Mr. John Lawrence, Esq.<br>Attorney at Law | In Pro Se |
| 3 | P.O. Box 912<br>122 Third Street | |
| 4 | Yreka, CA 96097<br>Telephone: 916-842-6900 | |
| 5 | | |
| 6 | | |
| 7 | Mr. Clint Roush | In Pro Se |
| 8 | 4340 Winter Amber Court<br>Shasta Lake, CA 96019 | |

United States District Court
for the
Eastern District of California
March 31, 2004

* * CERTIFICATE OF SERVICE * *

2:02-cv-02579

Directv Inc

v.

Lawrence

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 31, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Diana Siobhan Ponce-Gomez
Danner and Martyn
100 East Thousand Oaks Boulevard
Suite 244
Thousand Oaks, CA   91360

HV/DFL

TM/PAN

John William Lawrence
John W Lawrence Attorney at Law
PO Box 912
122 Third Street
Yreka, CA   96097

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk