Alan J. Kessel, Esq. (Cal. Bar No.: 130707)
Suzanne M. Burke, Esq. (Cal. Bar No.: 188597)
Kimberly R. Colombo, Esq. (Cal. Bar No. 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

John E. Moran, Esq. (Cal. Bar No. 94179)
Susan L. Wilson, Esq. (Cal. Bar No. 195022)
**DANNER & MARTYN, LLP**
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360
Telephone: (805) 777-8700
Facsimile: (805) 778-0736

Attorneys for Plaintiff DIRECTV, INC.

**FILED**
JUL - 2 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**LODGED**
JUN 2 9 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, Plaintiff, vs. JOHN LAWRENCE, et al., Defendants. | CASE NO. CIV.S-02-2579 DFL PAN<br><br>Hon. David F. Levi<br><br>**APPLICATION FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON**<br><br>FILE BY FAX |

**TO THE COURT AND ALL INTERESTED PARTIES**

PLEASE TAKE NOTICE that Plaintiff DIRECTV, INC. hereby requests that the Court enter an order substituting the following counsel in the place and stead of its current counsel, DANNER & MARTYN:

    Alan J. Kessel (Cal. Bar No.: 130707)
    Suzanne M. Burke (Cal. Bar No.: 188597)
    Kimberly R. Colombo (Cal. Bar No. 210451)
    BUCHALTER, NEMER FIELDS & YOUNGER
    18400 Von Karman Avenue, Suite 800
    Irvine, California 92612
    Telephone: (949) 760-1121
    Facsimile: (949) 720-0182

21

1

| | | |
|---|---|---|
| 1 | DATED: March ___, 2004 | DIRECTV, INC. |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | |
| 5 | Former legal representative consents to this substitution | |
| 6 | DATED: March ___, 2004 | DANNER MARTYN, LLP |
| 7 | | |
| 8 | | |
| 9 | | By:_____<br>Susan L. Wilson |
| 10 | | |
| 11 | New legal representative consents to this substitution. | |
| 12 | DATED: March ___, 2004 | BUCHALTER, NEMER, FIELDS & YOUNGER<br>A Professional Corporation |
| 13 | | |
| 14 | | By:_____ |
| 15 | | Alan J. Kessel<br>Attorneys for Plaintiff DIRECTV, INC. |

### ORDER

Having read the foregoing application re Substitution of Attorney, IT IS SO ORDERED.

Dated: 7/1/2004

_____
Judge of the United States District Court,
Eastern District of California

2

1  DATED: March ___, 2004                    DIRECTV, INC.
2
3
4                                            By:_____
5  Former legal representative consents to this substitution.
6  DATED: March 9, 2004                      DANNER MARTYN, LLP
7
8
                                             By:_____
9                                               Susan L. Wilson
10
11 New legal representative consents to this substitution.
12 DATED: March ___, 2004                    BUCHALTER, NEMER, FIELDS & YOUNGER
                                             A Professional Corporation
13
14                                           By:_____
15                                              Alan J. Kessel
                                             Attorneys for Plaintiff DIRECTV, INC.
16
17
18                                    **ORDER**
19       Having read the foregoing application re Substitution of Attorney, IT IS SO
20 ORDERED.
21 Dated:
22
23                                           _____
                                             Judge of the United States District Court,
24                                           Eastern District of California
25
26
27
28

2

1  DATED: March ___, 2004                    DIRECTV, INC.
2
3
                                              By:_____
4
5  Former legal representative consents to this substitution.
6  DATED: March ___, 2004                    DANNER MARTYN, LLP
7
8
                                              By:_____
9                                                  Susan L. Wilson
10
11 New legal representative consents to this substitution.
12 DATED: June 29, 2004                      BUCHALTER, NEMER, FIELDS & YOUNGER
                                              A Professional Corporation
13
14                                            By:_____
15                                                 Kimberly R. Colombo
                                                   Attorneys for Plaintiff DIRECTV, INC.
16
17
18                                  **ORDER**
19        Having read the foregoing application re Substitution of Attorney, IT IS SO
20 ORDERED.
21 Dated:
22
23                                            _____
                                              Judge of the United States District Court,
24                                            Eastern District of California
25
26
27
28

2

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On June 29, 2004, I served the foregoing document described as: **APPLICATION FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

***SEE ATTACHED LIST***

[X]  BY MAIL   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 29, 2004, at Irvine, California.

_____Patti Pike_____      _____
                                         (Signature)

3

## SERVICE LIST

1
2
3  John William Lawrence, Esq.
   P. O. Box 912
   122 Third Street
4  Yreka, CA 96097

5  Defendant Pro Per

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

OC 27808v1 04/28/2001

United States District Court
for the
Eastern District of California
July 2, 2004

* * CERTIFICATE OF SERVICE * *

2:02-cv-02579

Directv Inc

   v.

Lawrence

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  July 2, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Diana Siobhan Ponce-Gomez
Danner and Martyn
100 East Thousand Oaks Boulevard
Suite 244
Thousand Oaks, CA  91360

Kimberly R Colombo
Buchalter Nemer Fields & Younger
18400 Von Karman Avenue
Suite 800
Irvine, CA  92612

John William Lawrence
John W Lawrence Attorney at Law
PO Box 912
122 Third Street
Yreka, CA  96097

HV/DFL

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk