Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

FILED NOV 2 4 2004 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK

LODGED NOV 2 3 2004 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. 02-CV-2579 DFL (PAN) |
| Plaintiff, | Hon. David F. Levi |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JOHN LAWRENCE; [PROPOSED] ORDER THEREON** |
| JOHN LAWRENCE, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant JOHN LAWRENCE ("Defendant") **only**. This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about February 20, 2003. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant JOHN LAWRENCE is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.]

DATED: November 17, 2004

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Kimberly R. Colombo
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant JOHN LAWRENCE filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant JOHN LAWRENCE only;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and]

3. As Defendant JOHN LAWRENCE is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 11/23/2004

_____
Honorable David F. Levi
Judge of the United States District Court
Eastern District of California

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On November 22, 2004, I served the foregoing document described as: **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JOHN LAWRENCE; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

John W. Lawrence, Esq.
John W. Lawrence Attorney At Law
P.O. Box 912
122 Third Street
Yreka, CA 96097

*Counsel for Defendant, John Lawrence*

[X] **BY MAIL** I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 22, 2004, at Irvine, California.

Joanne D. Mealey                                              _Joanne W. Mealey_
                                                                    (Signature)

```
                                                           ndd
           United States District Court
                       for the
               Eastern District of California
                    November 24, 2004


              * * CERTIFICATE OF SERVICE * *


                                    2:02-cv-02579


Directv Inc

    v.

Lawrence

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 24, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Kimberly R Colombo                HV/DFL
        Buchalter Nemer Fields and Younger
        18400 Von Karman Avenue
        Suite 800
        Irvine, CA   92612

        Jan K Damesyn
        Kronick Moskovitz Tiedemann and Girard
        400 Capitol Mall
        27th Floor
        Sacramento, CA   95814-4417

        John W Lawrence Esq
        PO Box 912
        Yreka CA 96097
```

\* [illegible handwritten notation: "17 2/4/05, Trial 3/23/05"]

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk